Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 17−19472−RG
                                    Chapter: 7
                                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rasheedat Odumosu
   41 Fairmount Avenue #10
   Hackensack, NJ 07601

Social Security No.:
   xxx−xx−0585

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/8/17 at 10:00 AM

to consider and act upon the following:

*12* − Motion for Relief from Stay re: 2015 LEXUS RX350, VIN: 2T2BK1BA9FC322306. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Toyota Lease Trust. Hearing scheduled for 7/24/2017 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit from Movant # 3 Proposed Order # 4 Lease Agreement # 5 Certificate of Service) (Carlon, Denise)

Dated: 6/30/17

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court