### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:   Rasheedat Odumosu

Case No.: 17-19472 (RG)

Chapter:   7

Judge:     Rosemary Gambardella

---

## NOTICE OF PROPOSED ABANDONMENT

---

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| |
|---|
| Address of the Clerk: <br> James J. Waldron <br> United States Bankruptcy Court <br> MLK Jr. Federal Building <br> 50 Walnut Street <br> Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on July 25, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| |
|---|
| Description and value of property: <br><br> Real property located at 41 Fairmount, #10, Hackensack, NJ, having a fair market value of $300,000.00. |

| |
|---|
| Liens on property: <br><br> Ocwen Loan Servicing <br> $342,257.14 |

| |
|---|
| Amount of equity claimed as exempt:  None claimed |

Objections must be served on, and requests for additional information directed to:

Name:  Lori Capasso
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

00676065 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-19472-RG
Rasheedat Odumosu                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2          Date Rcvd: Jun 28, 2017
                             Form ID: pdf905         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db            +Rasheedat Odumosu,    41 Fairmount Avenue #10,    Hackensack, NJ 07601-4747
516814912     +Amex,   Correspondence,    Po Box 981540,   El Paso, TX 79998-1540
516814913     +Attorney General's Office,    Division of Law,    Richard J. Hughes Justice Complex,
               25 West Market St., PO Box 080,    Trenton, NJ 08625-0080
516814915     +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516814917     +Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516814918     +EZ Pass,    The Port Authority of NY & NJ,    4 World Trade Center,    New York, NY 10007-2366
516814919     +Feiler Dental Associates,    1060 Main Street,    River Edge, NJ 07661-2592
516814921     +Hackensack University Medical Group,    30 Prospect Avenue,    Hackensack, NJ 07601-1915
516814925     +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
516814927     +Ocwen Loan Servicing,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
516814928     +Professional Orthopedic and Sports PT,    21-42 Utopia Pkwy,    Whitestone, NY 11357-4142
516814929     +Redi Diagnostic Corp.,    1 Broadway, Suite 102,    Elmwood Park, NJ 07407-1843
516814930     +State of New Jersey,    Department of the Treasury,    PO Box 193,    Trenton, NJ 08646-0193
516814932    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    Po Box 8026,    Cedar Rapids, IA 52408)
516814933     +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
516814935     +Zwicker & Associates, PC,    1105 Laurel Oak Road, Suite 136,    Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2017 22:47:29     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2017 22:47:25     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:37:48
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516814914     +Fax: 866-513-1948 Jun 28 2017 23:52:40    Banco Popular,    120 Broadway Fl 16,
               New York, NY 10271-1601
516814916     +E-mail/Text: electronicbkydocs@nelnet.net Jun 28 2017 22:47:32     Dept Of Ed/582/nelnet,
               Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
516814920     +E-mail/Text: csocha@greateralliance.org Jun 28 2017 22:48:20     Greater Alliance Fcu,
               40 W Century Rd,    Paramus, NJ 07652-1454
516814923      E-mail/Text: cio.bncmail@irs.gov Jun 28 2017 22:47:10     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
516814924     +E-mail/Text: collections@jeffersonassociates.com Jun 28 2017 22:47:35     Jefferson Associates,
               3 Coral St,    Edison, NJ 08837-3242
516814926     +E-mail/Text: bnc@nordstrom.com Jun 28 2017 22:47:00     Nordstrom Fsb,    Correspondence,
               Po Box 6555,    Englewood, CO 80155-6555
516814931     +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:38:15     Syncb/bose,    Po Box 965064,
               Orlando, FL 32896-5064
516816401     +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:38:01     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516814934     +E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2017 22:47:29     United States Attorney,
               970 Broad Street,    5th Floor,    Newark, NJ 07102-2527
                                                                                       TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516814922*     Internal Revenue Service,    Special Procedures,    PO Box 744,    Springfield, NJ 07081-0744
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:   /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Jun 28, 2017
                             Form ID: pdf905           Total Noticed: 28

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2017 at the address(es) listed below:
              Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman     on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins     on behalf of Debtor Rasheedat   Odumosu eperkins@mdmc-law.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com;slahr@mdmc-law.com
              U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5