UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Toyota Lease Trust

In Re:
    Odumosu, Rasheedat

Order Filed on August 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 17-19472 RG

Hearing Date: August 8, 2017

Judge: Rosemary Gambardella

Recommended Local Form: ☐ Followed ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 10, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as:

**2015 LEXUS RX350 , VIN: 2T2BK1BA9FC322306,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Rasheedat Odumosu  
    Debtor

Case No. 17-19472-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 11, 2017  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.  
db           +Rasheedat Odumosu,    41 Fairmount Avenue #10,    Hackensack, NJ 07601-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:  
         Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com  
         Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,  
          lcapasso@formanlaw.com;cforman@iq7technology.com  
         Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Eric R. Perkins    on behalf of Debtor Rasheedat  Odumosu eperkins@mdmc-law.com,  
          gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com;slahr@mdmc-law.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                            TOTAL: 5